The Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> REAL PROPERTY LOCATED AT 2731 BOYLSTON AVENUE EAST, UNIT 301, SEATTLE, WASHINGTON, KING COUNTY PARCEL NO. 638980-0050; TOGETHER WITH ITS BUILDINGS, IMPROVEMENTS, APPURTENANCES, FIXTURES, ATTACHMENTS AND EASEMENTS, <br><br> Defendant. | NO. CV15-143-RSL <br><br> **STIPULATION TO STAY THE UNITED STATES' OPPOSITION TO CLAIMANT JOSHUA MACKE'S MOTION FOR SUMMARY JUDGMENT** <br><br> NOTE ON MOTION CALENDAR: <br><br> February 7, 2017 |

The United States and Claimant Joshua Macke (collectively, "the Parties"), by and through their undersigned counsel, have entered the following stipulation to stay the United States' Opposition to Mr. Macke's Motion for Summary Judgment. Pursuant to this stipulation, the Parties respectfully request the Court stay the deadline for the United

Stipulation to Stay the United States' Opposition to Summary Judgment - 1
*U.S. v. 2731 Boylston Avenue East, Unit 301*, CV15-143-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

States to file its Opposition while the Parties attempt to reach a final settlement agreement in this case.

## RELEVANT PROCEDURAL FACTS

Claimant Joshua Macke filed a Motion for Summary Judgment ("Motion") in this case on December 14, 2016 (Dkt No. 39). The original noting date for the Motion was February 3, 2017 (*Id.*). On January 9, 2017, by agreement of the Parties, Mr. Macke renoted the Motion for February 17, 2017 (Dkt. No. 42). Currently, therefore, the United States is required to file its Opposition to the Motion no later than February 13, 2017. *See* Local Civil Rule 7(d)(3) ("Any opposition papers shall be filed and served not later than the Monday before the noting date").

## STIPULATION

The Parties stipulate as follows:

1. The Parties have reached a tentative settlement agreement in this case, but need time to confer with the other Claimants, to finalize the agreement, and to commit the agreement to writing. If the agreement is executed, it will dispose of the entire case and will eliminate the need for further litigation, including any Opposition to or ruling on Mr. Macke's Motion.

2. To avoid incurring additional fees, and to avoid unnecessary work on the part of the Court and the Parties, the Parties agree to a stay of the deadline for the United States to file its Opposition to Mr. Macke's Motion. If the Parties are unable to reach a final settlement agreement, the United States will notify the Court promptly and request a new noting date for its Opposition.

///

///

Stipulation to Stay the United States' Opposition to Summary Judgment - 2
U.S. v. 2731 Boylston Avenue East, Unit 301, CV15-143-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 7th day of February, 2017.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

*[signature]*

MICHELLE JENSEN, WSBA #36611
RICHARD E. COHEN
Assistant U.S. Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
E-mail: Michelle.Jensen@usdoj.gov


/s Todd Maybrown*
TODD MAYBROWN, WSBA #18557
Attorney for Claimant Joshua Macke
Allen, Hansen, Maybrown & Offenbecher, P.S.
600 University Street, #3020
Seattle, WA 98101
(206) 447-9681
E-mail: todd@ahmlawyers.com
*Permission to e-sign granted via email 2/7/17

Stipulation to Stay the United States' Opposition to Summary Judgment - 3
U.S. v. 2731 Boylston Avenue East, Unit 301, CV15-143-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ~~[PROPOSED]~~ ORDER

The Court, having reviewed the Parties' stipulation, and finding good cause, HEREBY ORDERS:

1. The deadline for the United States to file its Opposition to Joshua Maeke's Summary Judgment Motion (Dkt. No. 39) is STAYED; and,

2. If the Parties are not able to reach a final settlement in this case, the United States will notify the Court promptly and propose a new deadline for its Opposition.

DATED this 8th day of February, 2017.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

///

///

///

///

Stipulation to Stay the United States' Opposition to Summary Judgment - 4
U.S. v. 2731 Boylston Avenue East, Unit 301, CV15-143-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*[signature]*

MICHELLE JENSEN, WSBA #36611
RICHARD E. COHEN
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Email: Michelle.Jensen@usdoj.gov


/s Todd Maybrown*
TODD MAYBROWN, WSBA #18557
Attorney for Claimant Joshua Macke
Allen, Hansen, Maybrown & Offenbecher, P.S.
600 University Street, #3020
Seattle, WA 98101
(206) 447-9681
E-mail: todd@ahmlawyers.com
*Permission to e-sign granted via email 2/7/17

Stipulation to Stay the United States' Opposition to Summary Judgment - 5
U.S. v. 2731 Boylston Avenue East, Unit 301, CV15-143-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970