The Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> REAL PROPERTY LOCATED AT 2731 BOYLSTON AVENUE EAST, UNIT 301, SEATTLE, WASHINGTON, KING COUNTY PARCEL NO. 638980-0050; TOGETHER WITH ITS BUILDINGS, IMPROVEMENTS, APPURTENANCES, FIXTURES, ATTACHMENTS AND EASEMENTS, <br><br> Defendant. | NO. CV15-143-RSL <br><br> **SETTLEMENT AGREEMENT, JOINT REQUEST FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41, AND PROPOSED ORDER OF DISMISSAL** <br><br> NOTE ON MOTION CALENDAR: <br><br> February 24, 2017 |

Plaintiff United States of America and Claimants Corey Greer, Timothy Macke, Entrust Group, Inc., and Joshua Macke, by and through their respective counsel of record, HEREBY AGREE to the following terms in order to settle the interests the Claimants have asserted in the above-captioned real property located at 2731 Boylston Avenue East, Unit 301, Seattle, WA (hereafter "the Defendant Property").

Settlement Agreement and Joint Request for Dismissal - 1
U.S. v. 2731 Boylston Ave East, Unit 301, CV15-143-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## RELEVANT PROCEDURAL FACTS

1. This is a civil *in rem* action seeking to forfeit the Defendant Property based on alleged violations of federal law. *See* Dkt. No. 26 (Amended Complaint).

2. Four parties have filed claims to the Defendant Property: (a) Corey Greer (on March 5, 2015, Dkt. No. 7); (b) Timothy Macke (on March 11, 2015, Dkt. No. 10); (c) Entrust Group, Inc. (on March 12, 2015, Dkt. No. 12); and, (d) Joshua Macke (on May 11, 2016, Dkt. No. 31).

3. No other claims were filed, and the time for doing so has expired. *See* Fed. R. Civ. P., Supp. R. G(5)(a)(ii).

4. In July 2016, Entrust Group, Inc. settled its claim with the United States, contingent upon the forfeiture of the Defendant Property. *See* Dkt. No. 36.

## AGREEMENT

The United States and the Claimants (collectively, "the Parties") agree to the following terms of settlement:

1. The Parties agree to dismissal of this civil forfeiture action against the Defendant Property with prejudice. If the Court enters the proposed Order below, the United States will release its *lis pendens* against the Defendant Property by filing a *Release of Lis Pendens* with the King County Recorder's Office within fifteen days of the entry of the Order.

2. The United States agrees it will take no further action, civil or criminal, against the Defendant Property or any of the Claimants in this action based on any conduct related to the Defendant Property alleged to have occurred before the date on which this Agreement is executed by all parties.

3. The Parties agree that each will bear its own fees and costs incurred as a result of this litigation. Claimants expressly waive any right to seek attorneys' fees pursuant to 28 U.S.C. § 2465.

4. The Claimants agree to release and hold harmless the United States, its agents, servants, and employees (and any involved state or local law enforcement agencies and their

Settlement Agreement and Joint Request for Dismissal - 2
U.S. v. 2731 Boylston Ave East, Unit 301, CV15-143-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

agents, servants, or employees), in their individual or official capacities, from any and all claims the Claimants and their agents may possess, or that may arise, as a result of the United States' action against the Defendant Property.

5. The Parties recognize and agree that the Expedited Settlement Agreement previously entered between the United States and Claimant Entrust Group, Inc. (Dkt. No. 36) will be null and void, since that agreement is expressly contingent upon the forfeiture of the Defendant Property, and – pursuant to this Agreement – the United States will no longer pursue its forfeiture.

6. The Parties agree that neither the terms nor the fact of this Agreement constitute any admission as to the merits of this forfeiture case.

7. The Parties agree this Agreement is subject to review and approval by the Court, as provided in the proposed Order below. If the Court enters the proposed Order, a violation of any term or condition of this Agreement shall be construed as a violation of that Order.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

DATED: 2/24/17

*/s/ Michelle Jensen*

MICHELLE JENSEN, WSBA #36611
RICHARD E. COHEN
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-2242
Michelle.Jensen@usdoj.gov
Richard.E.Cohen@usdoj.gov

///

Settlement Agreement and Joint Request for Dismissal - 3
U.S. v. 2731 Boylston Ave East, Unit 301, CV15-143-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| | ALLEN, HANSEN, MAYBROWN & OFFENBECHER, P.S. |
| DATED: 2/24/17 | /s Todd Maybrown*<br>TODD MAYBROWN, WSBA #18557<br>600 University Street, #3020<br>Seattle, WA 98101<br>(206) 447-9681<br>todd@ahmlawyers.com<br>*Attorney for Claimant Joshua Macke*<br>\*Permission to e-sign granted via email 2/20/17 |
| | RICHARD J. TROBERMAN, P.S. |
| DATED: 2/24/17 | /s Richard Troberman*<br>RICHARD TROBERMAN, WSBA #6379<br>520 Pike Street, Ste. 2500<br>Seattle, WA 98101<br>(206) 340-1936<br>Tmanlaw@aol.com<br>*Attorney for Claimant Corey Greer*<br>\*Permission to e-sign granted via email 2/24/17 |
| | LAW OFFICE OF MICHAEL IARIA, PLLC |
| DATED: 2/24/17 | /s Michael Paul Iaria*<br>MICHAEL PAUL IARIA, WSBA #15312<br>1111 Third Avenue, Ste. 2220<br>Seattle, WA 98101<br>(206) 235-4101<br>Mpi@iaria-law.com<br>*Attorney for Claimant Timothy Macke*<br>\*Permission to e-sign granted via email 2/24/17 |

///

Settlement Agreement and Joint Request for Dismissal - 4
U.S. v. 2731 Boylston Ave East, Unit 301, CV15-143-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

```
 1                                          DEMCO LAW FIRM
 2    DATED: 2/24/17                         /s Lars E. Neste*
 3                                           LARS E. NESTE, WSBA #28781
                                             5224 Wilson Ave. S, Ste. 200
 4                                           Seattle, WA 98118
 5                                           (206) 203-600
                                             Lneste@demcolaw.com
 6                                           Attorney for Claimant Entrust Group, Inc.
 7                                           *Permission to e-sign granted via email 2/21/17
 8
 9
10
11
12   ///
13
14
15
16   ///
17
18
19
20   ///
21
22
23
24   ///
25
26
27
28
```

Settlement Agreement and Joint Request for Dismissal - 5
U.S. v. 2731 Boylston Ave East, Unit 301, CV15-143-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## [PROPOSED] ORDER APPROVING SETTLEMENT AND DISMISSING THIS ACTION PURSUANT TO FED. R. CIV. P. 41

The Court, having reviewed the above Agreement between the United States and Claimants Corey Greer, Timothy Macke, Entrust Group, Inc., and Joshua Macke, as well as the other papers and pleadings filed in this action, HEREBY APPROVES the Agreement, and GRANTS the Joint Request for Dismissal of this action. Now, therefore,

IT IS HEREBY ORDERED that the above entitled matter be, and the same is, hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41.

DATED this 28th day of February, 2017.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

_____
MICHELLE JENSEN, WSBA #36611
RICHARD E. COHEN
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-2242
Michelle.Jensen@usdoj.gov
Richard.E.Cohen@usdoj.gov

///

Settlement Agreement and Joint Request for Dismissal - 6
U.S. v. 2731 Boylston Ave East, Unit 301, CV15-143-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

2
    /s/ Todd Maybrown*
3   TODD MAYBROWN, WSBA #18557
    Allen, Hansen, Maybrown & Offenbecher, P.S.
4   600 University Street, #3020
5   Seattle, WA 98101
    (206) 447-9681
6   todd@ahmlawyers.com
7   *Attorney for Claimant Joshua Macke*
    *Permission to e-sign granted via email 2/20/17
8

9

10
    /s/ Richard Troberman*
11  RICHARD TROBERMAN, WSBA #6379
    Richard J. Troberman, P.S.
12  520 Pike Street, Ste. 2500
13  Seattle, WA 98101
    (206) 340-1936
14  Tmanlaw@aol.com
15  *Attorney for Claimant Corey Greer*
    *Permission to e-sign granted via email 2/24/17
16

17

18
    /s/ Michael Paul Iaria*
19  MICHAEL PAUL IARIA, WSBA #15312
    Law Office of Michael Iaria, PLLC
20  1111 Third Avenue, Ste. 2220
21  Seattle, WA 98101
    (206) 235-4101
22  Mpi@iaria-law.com
23  *Attorney for Claimant Timothy Macke*
    *Permission to e-sign granted via email 2/24/17
24

25

26  ///

27

28

Settlement Agreement and Joint Request for Dismissal - 7
U.S. v. 2731 Boylston Ave East, Unit 301, CV15-143-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  /s Lars E. Neste*
2  LARS E. NESTE, WSBA #28781
   Demco Law Firm
3  5224 Wilson Ave. S, Ste. 200
   Seattle, WA 98118
4  (206) 203-6000
5  Lneste@demcolaw.com
   *Attorney for Claimant Entrust Group, Inc.*
6  *Permission to e-sign granted via email 2/21/17

Settlement Agreement and Joint Request for Dismissal - 8
U.S. v. 2731 Boylston Ave East, Unit 301, CV15-143-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970